Bessye May Ferguson and John E. Ferguson, Appel-
lees, v. City of Springfield, Appellant.

Gen. No. 9,284.

Heard in this court at April term, 1941; opinion filed November 3, 1941. Hugh J. Graham, Jr., City Attorney, and Barber & Barber, for appellant; Roy Geibe Hill, for appellees. Opinion by JUSTICE RIESS. ''Not to be published in full.''